IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Reassignment of Strike 3 Holdings, LLC Cases | Misc. No.

## ORDER OF COURT

AND NOW, this __29th__ day of June, 2018, pursuant to Local Rule 40(E)(2) the Court having found that case reassignment to a single Judicial Officer promotes the just and efficient conduct of the actions; IT IS HEREBY ORDERED THAT the civil cases filed by plaintiff Strike 3 Holdings, LLC listed on the attached shall be transferred to the Honorable Cathy Bissoon.

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
Chief United States District Judge

# Select A Case

### STRIKE 3 HOLDINGS, LLC is a plaintiff in 20 cases.

| | | |
|---|---|---|
| [2:18-cv-00799-CB](#) | STRIKE 3 HOLDINGS, LLC v. JOHN DOE | filed 06/19/18 |
| [2:18-cv-00801-CB](#) | STRIKE 3 HOLDINGS, LLC v. JOHN DOE | filed 06/19/18 |
| [2:18-cv-00802-CB](#) | STRIKE 3 HOLDINGS, LLC v. DOE | filed 06/19/18 |
| [2:18-cv-00803-CB](#) | STRIKE 3 HOLDINGS, LLC v. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.60.179.123 | filed 06/19/18 |
| [2:18-cv-00807-CB](#) | STRIKE 3 HOLDINGS, LLC v. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.236.164.241 | filed 06/19/18 |
| [2:18-cv-00808-CB](#) | STRIKE 3 HOLDINGS, LLC v. JOHN DOE | filed 06/19/18 |
| [2:18-cv-00809-CB](#) | STRIKE 3 HOLDINGS, LLC v. DOE | filed 06/19/18 |
| [2:18-cv-00810-CB](#) | STRIKE 3 HOLDINGS, LLC v. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.27.245.113 | filed 06/19/18 |
| [2:18-cv-00811-CB](#) | STRIKE 3 HOLDINGS, LLC v. JOHN DOE | filed 06/19/18 |
| [2:18-cv-00812-CB](#) | STRIKE 3 HOLDINGS, LLC v. JOHN DOE | filed 06/19/18 |
| [2:18-cv-00814-CB](#) | STRIKE 3 HOLDINGS, LLC v. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.182.200.177 | filed 06/20/18 |
| [2:18-cv-00815-CB](#) | STRIKE 3 HOLDINGS, LLC v. DOE | filed 06/20/18 |
| 2:18-cv- | STRIKE 3 HOLDINGS, LLC v. DOE | filed 06/20/18 |

| | | |
|---|---|---|
| 2:18-cv-00817-CB | | |
| 2:18-cv-00818-CB | STRIKE 3 HOLDINGS, LLC v. DOE | filed 06/20/18 |
| 2:18-cv-00819-CB | STRIKE 3 HOLDINGS, LLC v. DOE | filed 06/20/18 |
| 2:18-cv-00820-CB | STRIKE 3 HOLDINGS, LLC v. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.79.6.113 | filed 06/20/18 |
| 2:18-cv-00821-CB | STRIKE 3 HOLDINGS, LLC v. JOHN DOE | filed 06/20/18 |
| 2:18-cv-00822-AJS | STRIKE 3 HOLDINGS, LLC v. JOHN DOE | filed 06/20/18 |
| 2:18-cv-00823-AJS | STRIKE 3 HOLDINGS, LLC v. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 173.75.62.37 | filed 06/20/18 |
| 2:18-cv-00824-CB | STRIKE 3 HOLDINGS, LLC v. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 96.235.18.136 | filed 06/20/18 |